**Constantine ANGELOPOULAS, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia.**

No. 10476.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1943.

Constantine Angelopoulas, in pro. per., for appellant.

Harvey H. Tisinger, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before HUTCHESON and WALLER, Circuit Judges, and COX, District Judge.

PER CURIAM.

A careful examination of the record disclosing no error, the judgment is affirmed.

**BENEFICIAL INDUSTRIAL LOAN CORPORATION, a Corporation, Appellant, v. PERSONAL LOAN COMPANY, a Corporation.**

No. 12475.

Circuit Court of Appeals, Eighth Circuit.

March 4, 1943.

LeRoy Bowen, of Minneapolis, Minn., for appellant.

Guesmer, Carson & MacGregor, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, but without taxation of costs in favor of either of the parties in this Court, pursuant to stipulation.

**Elmer L. BENNIGHT, Appellant, v. UNITED STATES of America.**

No. 12590.

Circuit Court of Appeals, Eighth Circuit.

May 24, 1943.

Morris A. Shenker, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and David M. Robinson, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this Court, on dismissal filed by appellant.